# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2006 DEC 27 PM 3:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____Rm_____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JUDY DUARTE,

        Defendant.

CASE NO. 05CR1028-WQH

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 18 USC 2 - Aiding and Abetting; 8 USC 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens without Presentation; 18 USC 2 - Aiding and Abetting; 8 USC 1324(a)(1)(A)(iv) and (v)(II) - Inducing and Encouraging Illegal Aliens to Enter the US and Aiding and Abetting; 18 USC 3147 - Commission of Offense while on Pretrial Release.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 26, 2006

                              CATHY ANN BENCIVENGO
                              UNITED STATES DISTRICT JUDGE

ENTERED ON _____